# UNITED STATES DISTRICT COURT

_Northern_ District of _Georgia_

_Carla R. Keith_

V.

_Bradford Greene, ET AL_

SUMMONS IN A CIVIL ACTION

CASE NUMBER: _1:06CV1086-MHS_

TO: (Name and address of Defendant)

_Bradford Greene
Two Corporate Drive
Shelton, CT 06484-6238_

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

_Carla R. Keith
5594 Gramercy Drive
Atlanta, GA 30349_

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

JUL 10 2006

DATE

(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

Carla R. Keith

V.

Sandra Weston, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06CV1086-MHS

TO: (Name and address of Defendant)

Sandra Weston
2235 Corporate Lane
Naperville, IL 60563

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carla R. Keith
5594 Gramercy Drive
Atlanta, GA 30349

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS     JUL 19 2006

CLERK     DATE

(By) DEPUTY CLERK

# UNITED STATES DISTRICT COURT

Northern District of Georgia

Carla R. Keith

v.

Dan Reynolds, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06CV1086-MHS

TO: (Name and address of Defendant)

Dan Reynolds
41 Woodford Ave STE #904
Plainville, CT 06062

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carla R. Keith
5594 Gramercy Drive
Atlanta, GA 30349

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                    JUL 19 2006

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

Carla R. Keith

V.

David Pasternak, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06CV1086-MHS

TO: (Name and address of Defendant)

David Pasternak
6540 Peachtree Industrial Blvd
Norcross, GA 30071

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carla R. Keith
5594 Gramercy Drive
Atlanta, GA 30349

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                           JUL 19 2006
_____            _____
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

Carla Keith

V.

Lloyd Trotter, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1;06CV1086-HHS

TO: (Name and address of Defendant)

Lloyd Trotter
3135 Easton Turnpike
Fairfield, CT 06828

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carla R. Keith
5594 Gramercy Drive
Atlanta, GA 30349

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

JUL 19 2006

DATE

(By) DEPUTY CLERK

%AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Northern_ District of _Georgia_

Carla R. Keith

V.

Jeffrey Immelt, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06CV1086-MHS

TO: (Name and address of Defendant)

Jeffrey Immelt
3135 Easton Turnpike
Fairfield, CT 06828

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carla R. Keith
5594 Gramercy Drive
Atlanta, GA 30349

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

(By) DEPUTY CLERK

DATE

# UNITED STATES DISTRICT COURT

Northern District of Georgia

Carla R. Keith

v.

Jeff Schaper, ET AL

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:06CV1086-MHS

TO: (Name and address of Defendant)

Jeff Schaper
Two Corporate Drive
Shelton, CT 06484-6238

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Carla R. Keith
5594 Gramercy Drive
Atlanta, GA 30349

an answer to the complaint which is served on you with this summons, within **20** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

JUL 19 2006

DATE

(By) DEPUTY CLERK