UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARLA R. KEITH,

Plaintiff,

v.

GENERAL ELECTRIC COMPANY, et al.,

Defendants.

CIVIL ACTION NO.

1:06-CV-1086-MHS

## ORDER

This Title VII action is before the Court on the motion of individual defendants Bradford Greene, Sandra Weston, Dan Reynolds, David Pasternak, Lloyd Trotter, Jeffrey Immelt, and Jeff Schaper to dismiss for failure to state a claim on which relief may be granted and (except for defendant Weston) for insufficiency of process and insufficiency of service of process. In a Non-Final Report and Recommendation (R&R), the Magistrate Judge recommends that the motion to dismiss for failure to state a claim be granted and that the motion to dismiss for insufficiency of process and insufficiency of service of process be granted in part and denied in part. No

objections to the R&R have been filed.[1] The Court concludes that the R&R is correct that plaintiff's complaint fails to state a claim against the individual defendants upon which relief may be granted. The Court need not consider the alternative grounds of insufficiency of process and insufficiency of service of process.

Accordingly, the Court ADOPTS the R&R [#10], GRANTS the individual defendants' motion to dismiss [#3], and DISMISSES plaintiff's complaint against defendants Bradford Greene, Sandra Weston, Dan Reynolds, David Pasternak, Lloyd Trotter, Jeffrey Immelt, and Jeff Schaper.

IT IS SO ORDERED, this 24 day of October, 2006.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

[1] Plaintiff has filed a motion for reconsideration of the Magistrate Judge's Order denying her motion to amend the complaint, but that motion does not object to the recommended dismissal of the individual defendants.



AO 72A
(Rev.8/82)