UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CARLA R. KEITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 1:06-CV-1086-MHS |
| GENERAL ELECTRIC COMPANY, | ) | |
| et al., | ) | |
| | ) | |
| Defendant. | ) | |

## Notice of Appearance of Kara L. Thompson

Under Local Rule 83.1D(1), Kara L. Thompson enters this appearance as lead counsel and attorney-of-record for Defendant General Electric Company.  Ms. Thompson is an active member in good standing of the State Bar of Georgia and is admitted to practice in this Court.

Respectfully submitted, this 25th day of October 2006.

                                      **s/Kara L. Thompson**
                                      Kara L. Thompson
                                      Georgia Bar No. 291455
                                      Attorney for Defendant
                                      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
                                      2100 Bank of America Plaza
                                      600 Peachtree St., N.E.
                                      Atlanta, GA  30308
                                      Telephone:  (404) 881-1300
                                      E-mail:  kara.thompson@ogletreedeakins.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CARLA R. KEITH, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL ELECTRIC COMPANY, )<br>et al., )<br>)<br>　　Defendant. ) | CIVIL ACTION<br>NO. 1:06-CV-1086-MHS |

## Certificate of Service

I certify that on **October 25, 2006**, a copy of this **Notice of Appearance of Kara L. Thompson** has been served on Plaintiff pro se Carla Keith by sending a copy via first-class U.S. mail, postage prepaid, to:

　　Ms. Carla R. Keith
　　5594 Gramercy Drive
　　Atlanta, GA  30349


　　**s/Kara L. Thompson**
　　Kara L. Thompson
　　Georgia Bar No. 291455
　　Attorney for Defendant
　　Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
　　2100 Bank of America Plaza
　　600 Peachtree St., N.E.
　　Atlanta, GA  30308
　　Telephone:  (404) 881-1300
　　E-mail:  kara.thompson@ogletreedeakins.com