IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARLA R. KEITH             :
                           :
        Plaintiff,         :
                           :
vs.                        :      1:06-CV-1086-MHS
                           :
GENERAL ELECTRIC COMPANY,  :
et al,                     :
                           :
        Defendants.        :

## O R D E R

It appearing that no substantial proceedings of record are indicated on the docket of the above-stated case for the last six months,

IT IS ORDERED that the plaintiff show cause, in writing, within twenty (20) days from the date of filing of this order, why the case should not be dismissed for want of prosecution pursuant to Local Rule 41.3A(3). After the expiration of the aforesaid twenty days, the Clerk is DIRECTED to submit the case to the Court for further action.

This  22  day of May, 2007.

MARVIN H. SHOOB
United States District Judge