UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CARLA R. KEITH,

    Plaintiff,

v.

GENERAL ELECTRIC COMPANY, et al.,

    Defendants.

CIVIL ACTION NO.

1:06-CV-1086-MHS

### ORDER

Plaintiff has failed to respond to the Court's Order to show cause why this case should not be dismissed for want of prosecution pursuant to Local Rule 41.3A(3). Accordingly, this action is hereby DISMISSED for want of prosecution.

IT IS SO ORDERED, this 14 day of June, 2007.

/s/ Marvin H. Shoob
Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

AO 72A
(Rev.8/82)