**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| CARLA R. KEITH,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY<br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1: 06-cv-1086-MHS |

## J U D G M E N T

This action having come before the court, Honorable Marvin H. Shoob, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for want of prosecution pursuant to 41.3A(3).

Dated at Atlanta, Georgia, this 15th day of June, 2007.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/ Harry F. Martin
　　　　　　　　　　　　　　　　　　　Harry F. Martin, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
June 15, 2007
James N. Hatten
Clerk of Court

By:　s/ Harry F. Martin
　　　　Deputy Clerk